**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 09 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

                Case No.   1:18-4874-NGG-RER

    Plaintiff,

- against -

STEEL TECHNOLOGY, LLC d/b/a Hydro Flask,

    Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Steel Technology, LLC.  No Answer has been filed in this case.

Dated: Brooklyn, New York
       January 3, 2019

                      SHAKED LAW GOUP, P.C.
                      Attorneys for Plaintiff

                      By:*/s/Dan Shaked*
                         Dan Shaked (DS-3331)
                         44 Court St., Suite 1217
                         Brooklyn, NY 11201
                         Tel. (917) 373-9128
                         Fax (718) 704-7555
                         e-mail: ShakedLawGroup@Gmail.com

*So ordered.*
s/Nicholas G. Garaufis
1/8/19